**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LINDA SMITH, et al.,

      Plaintiffs,

vs.                                                                  No. CIV 08-752 JB/RLP

SEAN KENNY, et al.,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 6, 2009 (Doc. 19), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March 19, 2009 (Doc. 28).

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE