IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA SMITH, MATTHEW SMITH, AND
NATHAN SMITH,

      Plaintiff,

vs.                                                       No. CIV 08-0752 JB/RLP

SEAN KENNY, JOHN FRIEDFERTIG,
CASSANDRA KUKOWSKI, CASEY
McDONNELL, KEVIN NAPOLEONE,
ANDREW VOCASEK, in their individual
capacities,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Joint Motion to Dismiss the Complaint, filed January 25, 2010 (Doc. 81). On January 27, 2010, the Court entered an Order granting the motion and dismissing the case with prejudice. See Order Granting Joint Motion to Dismiss Complaint, filed January 27, 2010 (Doc. 82). Because that Order disposed of all parties and claims, the Court finds that it should render final judgment in this matter pursuant to rule 54(a) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that final judgment is entered in this case.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Grieta A. Gilchrist
Albuquerque, New Mexico

-- and --

Paul J. Kennedy
Mary Y.C. Han
Darin M. Foster
Minal P. Unruh
Kennedy & Han, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*


Robert M. White
  City Attorney
Stephanie M. Griffin
  Assistant City Attorney
Albuquerque City Attorney's Office
Albuquerque, New Mexico

    *Attorneys for Defendants Sean Kenny, Casey McDonnell, Kevin Napoleone,*
      *and Andrew Vocasek*

Phillip W. Cheves
Minerva C. Camp
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Cassandra Kukowski*